**Yin Fen FLORES, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

No. 94–70178.

United States Court of Appeals, Ninth Circuit.

Jan. 5, 1996.

Before: CHOY, BEEZER and THOMPSON, Circuit Judges.

The opinion filed on September 26, 1995, 66 F.3d 1069 (9th Cir.1995) is withdrawn, and

* The panel finds this case appropriate for submission without argument pursuant to Fed.R.App.P.

a memorandum disposition is filed in its stead.